UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MORROBELCANELO B,D.,
Plaintiff,

V.

HOWARD G. SUTTON,
THE PROVIDENCE JOURNAL COMPANY,
et al.,

CA# 06-210 T

motion for extention of time

Now comes the Plaintiff, Morrobelcanelo,B,D, Pro se and moves this Court for an extention of time to respond to Complaint being dismissed.it is also axiomatic that Iam a prisoner with limited knowledge of law,and,access to the prison's law library,which,it has a tendency to create non-functional copies and typewiters almost to a systematical point, with the intentions to effortfully further delay legal correspondence. it is my solemn responsability to persue this honorable justice's decision by citing case law MARC MANDEL V. BOSTON PHOENIX 2004,but our law library here in prison does not carry it.I'M respectfully requesting ample time regarding this issue,in order for I to apply and, receive case law work from the prison's main law library,as I am also enrolled in the"spectrum"behavior and recovery drug program,and,I have just entered the pre-operational phase of right shoulder surgery that will be performat R.I.Hospital this month which at this point is inevitable and long overdued.(see attached sheets)I will also state my claims asI intend on proving psychiatric matters and,reports in relations with this case and rule of law in violations thereof,as all of this will be wholly demonstrated. RESPECTFULLY.

Date. 5/15/2006. MORROBELCANELO B,D.Pro se,.