**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BRAULIO D. MORROBEL CANELO,

Plaintiff,

v. C.A. No. 06-210T

HOWARD G. SUTTON, THE PROVIDENCE JOURNAL COMPANY, BELO CORPORATION, MARK T. RYAN, PAUL M. FARRELL, SANDRA J. RADCLIFFE, JOEL P. RAWSON, MAURA P. BRODEUR, MICHAEL J. DOOLEY, DEBRA S. HILL, WAYNE D. PELLAND, and ROBERT B. WHITCOMB,

Defendants.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Plaintiff Braulio D. Morrobel Canelo's motion for extension of time to file an objection to the Report & Recommendation issued by Magistrate Judge Martin on May 11, 2006, is hereby GRANTED. Morrobel Canelo shall file his objection on or before June 19, 2006.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 5/31/06