UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MORROBELCANELO,B.D.,
v. Plaintiff.

HOWARD G. SUTTON,
THE PROVIDENCE JOURNAL
COMPANY ET AL.,
defendants.

CASE #. 06-210 T

FILED

JUN 20 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MOTION TO WITHDRAW
LACK OF PERSONAL JURISDICTION

Persuant to Federal Rules of Civil Procedures,Fed.R Civ. P. Rule 12(b)(2). Plaintiff now withdraws his complaint out of(from) The UNITED STATES DISTRICT COURT for the DISTRICT COURT of RHODE ISLAND Without Prejudice.

Wherefore Plaintiff prays this Honorable Court grants the above motion by the relevant Honorable Justice of said Court.

Executed on: June (9)th, 2006.

RESPECTFULLY SUBMITTED,

BRAULIO D. MORROBELCANELO Pro Se.,

DENIED

Ernest C. Torres
Chief, US District Judge
JULY 19, 2006