UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Morrobelcanelo, B,D. Pro Se., | ) ( ) ( | Case# 06-210 T |
| v. | ) ( | Notice of Appeal |
| Howard G. Sutton, The Providence Journal Company, et al., | ) ( ) ( | |

2006 NOV 27 P 1:5
FILED IN CLERKS OFFICE
US COURT OF APPEAL
FOR THE FIRST CIRCUIT

Notice is hereby given that Morrobel Canelo, B.D./ Howard G. Sutton, The Providence Journal Company, et al., (plaintiffs) (defendants) in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the final judgement entered by Magistrate Judge David L. Martin from an order entered in this action on the 11th day of May, 2006 in the United States District Court for the District Court of Rhode Island.

Attorney for the Defendant
Pro-Se Morrobel Canelo, B,D.
PO Box 8212 Minimum
Cranston, RI 02920
A-15-F

Date. November 20th, 2006