**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

2006 NOV 27 P 1:5

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Morrobelcanelo, B.D.,
Plaintiff

v. Case.# 06-210 T

The Attorney General's office,
Patrick Lynch,
The Providence Police Department,
Dean Esserman,
The Providence Journal Company,
Belo Corporation,
Howard G. Sutton,
et al.,
Defendant(s)

**MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff Braulio D. Morrobelcanelo, pursuant to rules 15 (a) and 19 (a) of the Fed. R.cv. P., requests leave to file an amended complaint adding the above named parties as defendants.

1. The Plaintiff in his original complaint named approximately 10 defendants, all of which should be withdrawn with the exception of Howard G. Sutton,The Providence Journal company Belo Corporation.

2. Since the filing of the original complaint, the Plaintiff has determined that the amended complaint should add and include the following defendants: The Attorney General's office, Patrick Lynch, The Providence Police Department, Dean Esserman, et al., all of which conspired along with The Providence Journal Company to Commit the Plaintiff to false-light libel & Slander via The Providence Journal

Company (newspaper) through a falsely printed article, in violation of Plaintiff's 1rst Amendment rights to privacy, under the Privacy Act because, the Plaintiff had not been a fugitive of justice or being charged with, nor a convicted felon at the time of his arrest on March, 22nd, 2003. see [amended complaint with supporting memorandum of Law]. Plaintiff's 5th Amendment due Process right, which is also protected by the 14th amendment of its' of the rights of citizens, were violated as well.

3. Paragraph #2 lines (3-5)are amended to reflect the identity and actions of the office of the Attorney General, Patrick lynch, The Providence Police Department, Dean Esserman, The Providence Journal, Belo Corporation, Howard g. Sutton, et al., all of which of which should be submitted into this amended complaint as defendant(s).

4. This Court should grant leave freely to amend a complaint. [Forman v. Davis, 371 U.S. 178, 182 (1962).

5.Plaintiff does submit medical records of a surgery to his right shoulder, as a reason and the cause for this appeal being delayed. It is shown in good faith and good cause, under Rule 4 [(6)(A)(B)(C)] and subdivision (a)(5)(A)(ii).

RESPECTFULLY SUBMITTED*

Date.11/20th/2006

Morrobelcanelo, B,(D.C. Pro Se.,
P.O.Box-8212- Minimum Sec.A-15F
Cranston Rhode Island. 02920.