UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MORROBEL CANELO, B.D.

v. CA No. 06-210-T

HOWARD G. SUTTON,
THE PROVIDENCE JOURNAL COMPANY,
et al.

**ORDER**

Plaintiff's application to proceed without prepayment of fees (Document #2) is hereby denied and the complaint is dismissed.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 1/4/07