United District Court
for the First Circuit
District of Rhode Island

File Number 06-210 T

MorrobelCanelo B,D.,
(Plaintiff)

v.

Howard G. Sutton
The Providence Journal Company,
et al. (Defendants)

**Notice of Appeal**

Notice is hereby given that Braulio D. MorrobelCanelo, (Plaintiff) in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the final judgement of Chief Justice Ernest C. Torres entered in this action on the 4rth day of January, 2007.

MorrobelCanelo B,D
Pro Se
8212-Minimum Sec.
Cranston R.I.
02920
A-15-F

Date.Jan.17th,2007