UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. D.C.: CA 06-210T C.A.#_______________

2. TITLE OF CASE - Morrobel Canelo v. Howard Sutton

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):

Morrobel Canelo, ACI, 8212 Minimum Sec., Cranston, RI 02920

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

5. NAME OF JUDGE: Ernest C. Torres

6. COURT-APPOINTED COUNSEL ____YES _x_NO

7. FEE PAID ___YES _x_NO

8. IN FORMA PAUPERIS _____YES _x__NO

9. GUIDELINES CASE _____YES ___NO

10. RELATED CASE ON APPEAL ______YES

C.C.A. # (IF AVAILABLE) _______

DATE OF LAST N.O.F.A. FILED __________

11. SPECIAL COMMENTS:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

February 1, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, MA 02210

RE: ***CA 06-210T***

Dear Mr. Donovan:

Enclosed herewith you will find the record, Notice of Appeal and a certified copy of the docket entries in the above entitled case.

Please acknowledge receipt of this appeal by signing and returning a copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY:
*Barbara J. Gilfillan*
DEPUTY CLERK

ENC: Certified Docket

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District,Thursday, February 1, 2007

David A. DiMarzio, CLERK

BY: *Barbara J. Gilfillan*
DEPUTY CLERK