UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# APPEAL COVER SHEET

1. D.C.: CA 06-210T C.A.#_______________

2. TITLE OF CASE - Morrobel Canelo v. Howard Sutton

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):

   Morrobel Canelo, ACI, 8212 Minimum Sec., Cranston, RI 02920

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

5. NAME OF JUDGE: Ernest C. Torres

| | | | |
|---|---|---|---|
| 6. | COURT-APPOINTED COUNSEL | ____YES | _x_NO |
| 7. | FEE PAID | ___YES | _x_NO |
| 8. | IN FORMA PAUPERIS | _____YES | _x__NO |
| 9. | GUIDELINES CASE | _____YES | ___NO |
| 10. | RELATED CASE ON APPEAL | ______YES | |
| | C.C.A. # (IF AVAILABLE) | _______ | |
| | DATE OF LAST N.O.F.A. FILED | __________ | |

11. SPECIAL COMMENTS:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

February 1, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, MA 02210

RE: ***CA 06-210T***

Dear Mr. Donovan:

Enclosed herewith you will find the record, Notice of Appeal and a certified copy of the docket entries in the above entitled case.

Please acknowledge receipt of this appeal by signing and returning a copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY:
*Barbara J. Gilfillan*
DEPUTY CLERK

ENC: Certified Docket

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District,Thursday, February 1, 2007

David A. DiMarzio, CLERK

BY: *Barbara J. Gilfillan*
DEPUTY CLERK