06-00210
USDC/RI
Torres, E.

# United States Court of Appeals
## For the First Circuit

No. 07-1241

BRAULIO D. MORROBEL CANELO,

Plaintiff, Appellant,

v.

HOWARD G. SUTTON, THE PROVIDENCE JOURNAL COMPANY, ET AL.,

Defendants, Appellees.

Before

Boudin, Chief Judge,
Torruella and Lipez, Circuit Judges,

JUDGMENT

Entered: August 29, 2007

We review *de novo* the district court's dismissal of Braulio D. Morrobel Canelo's *pro se* complaint for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). See McEachin v. McGuinnis, 357 F.3d 197, 200 (2d Cir. 2004). We construe *pro se* complaints liberally. Ayala Serrano v. Lebron Gonzalez, 909 F.2d 8, 15 (1st Cir. 1990). For the reasons stated in the Magistrate Judge's Report and Recommendation, we agree that Morrobel failed to state a claim pursuant to 42 U.S.C. § 1983. There was no abuse of discretion in the district court's dismissal without prejudice of the supplemental state-law claims. See Marrero-Gutierrez v. Molina, 491 F.3d 1, 7 (1st Cir. 2007).

By not raising the issue in the district court or in his brief, appellant has forfeited any argument that the dismissal deprived him of the right to amend his complaint. Even if the issue had not been forfeited, however, there was no error where "the court c[ould] rule out any possibility . . . that an amended complaint would succeed in stating a [federal] claim." Gomez v. USAA Federal Savings Bank, 171 F.3d 794, (2d Cir. 1999).

The district court's denial of the motion to proceed without prepayment of fees and dismissal of the complaint are affirmed. Appellant's motion for appointment of counsel is denied.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

______________________________
**Deputy Clerk**

**Date:** 9/21/07

[cc: Braulio Morrobel Canelo]